IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KAREEM YOUNG,              )<br>                            )<br>    Plaintiff,            )<br>                            )     CIVIL ACTION NO.<br>    v.                      )       2:15cv547-MHT<br>                            )           (WO)<br>MR. ANGLIN                  )<br>(Classification),          )<br>                            )<br>    Defendant.              ) | |

### OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging the defendant correctional officer's decision to deny him correctional incentive time, commonly known as 'good time'.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of September, 2015.

                       /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**